UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LCZ ENTERTAINMENT II, LLC,

                       Plaintiff,

-v-

PUBLIC BROADCASTING SERVICE AND
BRANDON CHOW,

                       Defendants.

CIVIL ACTION NO.: 20 Civ. 5204 (JPO) (SLC)

**ORDER TO INITIATE
<u>DEFAULT PROCEEDINGS</u>**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on September 28, 2020, with Defendant's Answer due on October 19, 2020. (ECF No. 15). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **November 4, 2020** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **November 18, 2020**.

By **October 28, 2020** Plaintiffs shall serve a copy of this order on Defendants by certified mail and shall file proof of service on the docket.

Dated:      New York, New York
             October 21, 2020

                                                     SO ORDERED

                                                     _____
                                                     SARAH L. CAVE
                                                     **United States Magistrate Judge**